Alice D. James, Plaintiff-Appellant, v. David James, Defendant-Appellee.

Gen. No. 47,741. ■■■■■■■■■■■■

First District, Third Division.

January 29, 1960.

Rehearing denied and opinion modified March 4, 1960.

Released for publication March 4, 1960.

Jerome Berkson, for plaintiff-appellant; Vincent D. McConnell, for defendant-appellee. Opinion by JUSTICE BURKE. Not to be published in full.